## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GERALD K. SCHREIER, | : | Case No. 3:15-cv-145 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Chief Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

### DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #16), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 6, 2016 (Doc. #16) is ADOPTED in full;

2. The Commissioner's non-disability finding be vacated;

3. No finding be made as to whether Plaintiff Gerald K. Schreier was under a "disability" within the meaning of the Social Security Act;

4. This matter be **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations, and this Decision and Entry; and

5. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

*THOMAS M. ROSE*

Date: August 16, 2016

Thomas M. Rose
United States District Judge