# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GERALD SCHREIER,  :

    Plaintiff,  :  Case No. 3:15cv00145

vs.  :  District Judge Thomas M. Rose
    Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,  :
Commissioner of the Social
Security Administration,  :

    Defendant.  :

## DECISION AND ENTRY

This case is before the Court upon the parties' Joint Stipulation For An Award Of Attorney Fee Under The Equal Access To Justice Act (EAJA).  (Doc. #19).  The parties have stipulated to an award of attorney fees to Plaintiff in the amount of $3,993.63.  The parties have further agreed this award will settle any and all claims for fees, costs, and expenses that Plaintiff may have under the EAJA, 28 U.S.C. § 2412.

Under the parties' agreement, any EAJA fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt he owes the United States.  *See Astrue v. Ratliff*, 560 U.S. 586 (2010).  In the event Plaintiff does not have a pre-existing debt subject to offset, Defendant shall direct that this EAJA award be made payable to Plaintiff's attorney pursuant to an assignment duly signed by Plaintiff and counsel.

Accordingly, the Court hereby **ORDERS** that:

1. The Parties' Joint Stipulation For An Award Of Attorney Fees Under The Equal Access To Justice Act (Doc. #19) is GRANTED, and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $3,993.63;

2. The Commissioner shall verify, **within thirty days of this Decision and Order,** whether or not Plaintiff owes a pre-existing debt to the United States that is subject to offset.  If no such pre-existing debt exists, the Commissioner shall direct that this EAJA award be made payable to Plaintiff's attorney;  and

3. The case remains terminated on the docket of this Court.

August 31, 2016                                                                THOMAS M. ROSE

_____
Thomas M. Rose
United States District Judge